# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL PATRICK McNAMARA<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:21-MJ-336<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 30, 2021** in the city/county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 32 C.F.R. § 1903.12(b)(2) | Possession of a Controlled Substance at an Agency Installation |

This criminal complaint is based on these facts:

See attached Affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA
SAUSA William Reed/AUSA Marc J. Birnbaum
*Printed name and title*

*Complainant's signature*
Officer Andrew Phillips, CIA-SPS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone _____ (specify reliable electronic means)

Date: October 1, 2021

Theresa C. Buchanan
Digitally signed by Theresa C. Buchanan
Date: 2021.10.01 13:42:03 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia
Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*