JS 45 (01/2008)                                       REDACTED

## Criminal Case Cover Sheet                                                               U.S. District Court

**Place of Offense:**                  Under Seal: Yes ___ No _X_    Judge Assigned: _____
City _____   Superseding Indictment _____   Criminal Number: _____
County/Parish _Fairfax_   Same Defendant _____   New Defendant _X_ _____
                         Magistrate Judge Case Number _1:21-MJ-336_   Arraignment Date: _____
                         Search Warrant Case Number _____
                         R 20/R 40 from District of _____
                         Related Case Name and No: _____

**Defendant Information:**
Juvenile -- Yes ___ No _X_ FBI #: _____
Defendant Name: _McNAMARA_ (Michael Patrick)   Alias Name(s) _____
Address: _Pineville, NC_ _____

**Employment:** _____
Birth date _xx/xx/1950_ SS# _____ Sex _M_ Def Race _____ Nationality _____ Place of Birth _____
Height _____ Weight _____ Hair _Blonde_ Eyes _Blue_ Scars/Tattoos _____
Interpreter: _X_ No ___ Yes List language and/or dialect _____ Automobile Description _____

**Location Status:**
Arrest Date _September 30, 2021_
_X_ Already in Federal Custody as of _September 30, 2021_ in _Alexandria Adult Detention Center_
___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody
___ Arrest Warrant Requested    ___ Fugitive               ___ Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought       ___ Bond

**Defense Counsel Information:**
Name: _____        ___ Court Appointed   Counsel conflicted out: _____
Address: _____     ___ Retained
Telephone: _____   ___ Public Defender   Federal Public Defender's Office conflicted out: _____

**U.S. Attorney Information:**
SAUSA _William Reed_   Telephone No: _703-299-3966_   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
Officer Andrew Phillips, Central Intelligence Agency, SPS

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 32 C.F.R. 1903.12(b)(2) | Possession of a Controlled Substance at an Agency Installation | 1 | Misdemeanor |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _1 OCT 2021_    Signature of SAUSA: _[signature]_